UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PRESHUUS VANN,<br><br>Plaintiff,<br><br>v.<br><br>INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT,<br>UNKNOWN OFFICER 1,<br>UNKNOWN OFFICER 2,<br><br>Defendants. | ) | No. 1:26-cv-01202-JPH-MG |

**ORDER GRANTING LEAVE TO AMEND**

Defendant Indianapolis Metropolitan Police Department removed this case from Indiana state court in June 2026, dkt. 1, and filed a motion for judgment on the pleadings, dkt. 12. In August 2026, Plaintiff Preshuus Vann filed a motion for leave to amend her complaint. Dkt. 15. Defendants have not responded to the motion to amend, and the time to do so has expired.

Under Federal Rule of Civil Procedure 15(a)(2), the "court should freely give leave [to amend] when justice so requires." *See Runnion v. Girl Scouts of Greater Chi. & Nw. Ind.*, 786 F.3d 510, 519 (7th Cir. 2015). "[A]pplying the liberal standard for amending pleadings, especially in the early stages of a lawsuit, is the best way to ensure" that a case "will be decided justly and on [its] merits." *Id.* at 520; *see Saint Anthony Hosp. v. Eagleson*, 40 F.4th 492, 517–18 (7th Cir. 2022). Ms. Vann's motion for leave to amend is therefore **GRANTED** under Federal Rule of Civil Procedure 15(a)(2). Dkt. [15]. She **must file** her Amended Complaint, dkt. 15-1, as a separate docket entry **by October**

**9, 2026**. Because the pending motion for judgment on the pleadings addressed the previous complaint, it is **DENIED without prejudice as moot**. Dkt. [12].

**SO ORDERED.**

Date: 10/2/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel